UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AARON BROOKINS,

       Plaintiff,

v.                           Case No. 8:08-cv-1429-T-17TBM

DAVID GEE, J. TREMBLAY,
E. MARTINEZ, T. HERDS.

       Defendants.

_____

**O R D E R**

       This cause is before "DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 41(b)) filed by remaining defendant JEAN TREMBLAY (hereinafter "Defendant") (Doc. No. 56). The motion is based on Plaintiff's failure to prosecute his case and failure to comply with this Court's Order.

Discussion

       On January 12, 2009, Plaintiff filed a Notice of Change of Address with the Court. Such Notice specified Plaintiffs new address as: "3515 N. 25lh Street, Tampa, FL 33605." The Plaintiff's only activity of record since that date was a Motion for Entry of Default, which was filed with the Court on April 13, 2009. In the several months following that date, the instant action has been dismissed as to four (4) of the five (5) original defendants in this matter, leaving only Defendant Tremblay.

On October 20, 2009, this Court filed an Order, which directed the parties to conduct discovery so that the due date of any discovery requested shall not be later than January 30, 2010. The order also dictated that any Motions to Dismiss and/or for Summary Judgment shall be filed by February 20, 2010.

In an apparent effort to expedite discovery in order to comply with this Court's Order, counsel for Defendant issued a Subpoena to Testify at a Deposition (hereinafter "Subpoena"), dated November 3, 2009 and directed to the Plaintiff. (See Exhibit "A," Subpoena). Since the Subpoena's November 3, 2009 date of issuance, there have been three (3) attempts to serve said document at the address provided by the Plaintiff (3515 N. 25th Street, Tampa, FL 33605). (See Exhibit "B, " Returned Non-Service). Such attempts were made on the following dates: November 4, 2009 at 8:15 AM; November 5, 2009 at 11:50 AM; and November 9, 2009 at 1:00 PM. (See Id.)   On the "remarks" section of such form, it states as follows, "older [sic] b/f advised he did not live there: Do not have another location to make contact: Family will not assist in locating Respondent." (See Id.)

Further, Defendant states that he has attempted to serve the Plaintiff with a separate cause of action regarding costs of incarceration. Thus far Defendant has been unable to attain service of the Plaintiff with regard to such separate cause of action as well. Defendant claims that under these circumstances, it is impossible and inequitable for Defendant to defend this action and comply with this Court's aforementioned deadlines when Plaintiff is unavailable for discovery purposes, does not provide an accurate address, and further fails to prosecute his case. This Court agrees.

Accordingly the Court orders:

That Plaintiff's complaint is dismissed, in its entirety. The Clerk is directed to enter judgment for the remaining Defendant and to close this case.

ORDERED at Tampa, Florida, on November 24, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Aaron Brookins